RICHARD LINNER, JR., an Infant, etc., Respondent, v. FREDERICK C. IRINGER, Appellant. RICHARD LINNER, SR., Respondent, v. FREDERICK C. IRINGER, Appellant.— Motion granted in so far as to permit the appellant

to print a single record, without costs.    Present — Jenks, P. J., Putnam Blackmar, Kelly and Jaycox, JJ.